# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1648

_____

PENSACOLA ONE, INC. and AHM
SERVICES, INC.,

Appellants,

v.

THE ARC GATEWAY, INC., *et al.*,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

August 19, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David C. Borucke, Erin L. Centrone, and Kathryn L. Lopez of Cole, Scott & Kissane, P.A., Tampa, for Appellants.

Charles F. Beall, Jr. of Moore, Hill & Westmoreland, P.A., Pensacola, for Appellee Pensacola High School Girls Soccer Boosters Club, Inc.; Jack W. Lurton, III of Beggs & Lane, RLLP, Pensacola, for Appellees The Arc Gateway Inc., and The Arc Gateway Foundation, Inc.; Charles M. Caldwell, II of Whibbs Stone Barnett, P.A., Pensacola, for Appellees American Red Cross of NW Florida, Escambia High School Band Boosters, Escambia High School Baseball Boosters, Freedom Foundation of Valley Forge Pensacola Chapter, Panhandle Youth Assist Program d/b/a Leaning Post Ranch, and Sickle Cell Disease Association of Escambia County.

Appellees NW Florida Counsel of the Blind and NW Florida Comprehensive Services for Children d/b/a 90 Works, No Appearance.